## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02234-WDM-BNB

ALVIN TRIMBLE,

        Plaintiff,

v.

AMERICAN CORADIUS INTERNATIONAL LLC, a Delaware limited liability company,

        Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE
_____

**COMES NOW** the Plaintiff by his undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay his or its own attorney's fees and costs.

Dated: October 21, 2009.

        Respectfully submitted,

        _s/ David M. Larson_____
        David M. Larson, Esq.
        405 S. Cascade Avenue Suite 305
        Colorado Springs, CO 80903
        (719) 473-0006
        Attorney for the Plaintiff